IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| STEWART TITLE GUARANTY COMPANY, a Texas corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 05-C-50116 |
| A TITLE ESCROW COMPANY, INC., an Illinois corporation, and K. SEAN McKEE, an individual, | ) ) ) ) | Judge Philip G. Reinhard Magistrate Judge P. Michael Mahoney |
| Defendants. | ) ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT ORDER**

Plaintiff, Stewart Title Guaranty Company, Inc. ("Stewart"), by its attorneys, WILLIAMSMCCARTHY, LLP, moves this Court for the entry of a judgment order and in support thereof states as follows:

1.      On June 14, 2007, the Magistrate Judge entered a Report and Recommendation recommending that Plaintiff's Motion for Sanctions, including default judgment, be granted.

2.      By Order dated July 6, 2007, the District Court adopted the Report and Recommendation of the Magistrate Judge and entered a default judgment in favor of Plaintiff and against both Defendants and ordered that the matter be scheduled before the Magistrate for the purpose of calculating damages.

3.      Attached hereto as Exhibit A is the Affidavit of Edward Tucker establishing the loss sustained by Stewart as a result of defalcations of K. Sean McKee ("McKee") and A Title Escrow Company, Inc. ("ATEC") in the amount of $963,314.47.

4. Pursuant to ¶5(b) & (c) of the Underwriting Agreement (Exhibit A of Complaint) Defendants are obligated to Stewart for attorneys' fees, litigation expenses and costs of settlement negotiations sustained or incurred by Stewart as a result of the fraud or intentional act or omission of the Defendants.

5. Attached hereto as Exhibit B is the Affidavit of Scott C. Sullivan which establishes the amount of attorney's fees and costs incurred by Stewart in investigating and prosecuting the claims against McKee and ATEC. The amount of attorney's fees and costs incurred are $226,140.41.

6. Stewart moves for the entry of a judgment order in the amount of $1,189,454.88 in the form attached hereto as Exhibit C.

WHEREFORE, Stewart Title Guaranty Company moves that this Court enter an Judgment Order in the form attached hereto as Exhibit C.

STEWART TITLE GUARANTY COMPANY, a Texas corporation, Plaintiff,

By:     WILLIAMSMCCARTHY, LLP

By: _____
          Scott C. Sullivan

## CERTIFICATE OF LAWYER AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1)      On July 25, 2007, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2)      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned further certifies that a copy of the foregoing document was electronically served upon the following:

Theodore Liebovich
Liebovich & Weber, P.C.
415 South Mulford
Rockford, Illinois 61108

_____
Scott C. Sullivan

Scott C. Sullivan
WILLIAMSMCCARTHY, LLP
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

STEWART TITLE GUARANTY
COMPANY, a Texas corporation,

        Plaintiff,

        vs.

A TITLE ESCROW COMPANY, INC., an
Illinois corporation, and
K. SEAN McKEE, an individual,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 05-C-50116

Judge Philip G. Reinhard
Magistrate Judge P. Michael Mahoney

State of Texas     )
               ) ss
County of Harris   )

## AFFIDAVIT OF EDWARD TUCKER

I, Edward Tucker, being duly sworn on oath, if called to testify would state as follows:

1.    I am an adult and have personal knowledge regarding the matters stated in this Affidavit.

2.    I am currently employed by Stewart Title Guaranty Company ("Stewart") as an Audit Manager, and for approximately six years prior to March, 2006, my title was Senior Auditor. My primary job functions are to conduct due diligence reviews, compliance reviews, and reviews of the financial records of Stewart Title's independent agencies when questions arise regarding their business practices and whether any defalcations may have occurred.

3.    I hold a bachelor's degree in accounting from Brigham Young University and am a Certified Public Accountant.



## Exhibit A

4.     Sometime during the week of March 14, 2005, I was informed by one of Stewart's managers that questions had arisen with respect to substantial overdrafts in the escrow accounts maintained by A Title Escrow Company, in Freeport, Illinois ("ATEC"). I was asked to perform an audit of ATEC's escrow accounts. I was told that questions had arisen regarding potential defalcations of trust funds being maintained in those escrow accounts.

5.     As a result of this request, I went to ATEC's headquarters in Freeport, Illinois, the week of March 21st to perform an on-site audit of its bank accounts. This audit lasted approximately three weeks. The primary individuals involved in the audit were Lynn W. Wilburn, a private investigator hired by Stewart for this purpose, and Leah Howe, another Stewart Title employee. Two other Stewart employees, Nicole Thomas and Stephanie Wheeler, assisted during the audit, as did private investigator Susan Smith Kirby.

6.     During my investigation, I learned that ATEC maintained certain accounts at Gateway Community Bank ("Gateway"), located at 5306 Williams Drive, Roscoe, Illinois as follows:

| Account No. | Account Type |
|-------------|--------------|
| 1034 | Escrow-old |
| 1035 | Escrow-recording |
| 1134 | Escrow-west |
| 1208 | Escrow-new |
| 1410 | Operating-operating |
| 3285 | Operating-sweep |
| 1201 | Operating-property |

In addition, ATEC maintained certain accounts at Kent State Bank, located at West Fairview Road, Freeport, Illinois. Those accounts included escrow accounts 4681 and 3255 and operating accounts 4788 and 4737.

7.     When I began my audit activities, I was initially alerted to a series of several suspicious transactions as a result of several NSF checks drawn on the 1034 Gateway escrow account. To cover those NSF checks, ATEC, through a series of transfers between January 10, 2005 and February 1, 2005, transferred $968,415.77 from Gateway escrow account 1208 to the 1034 account. Those transfers are set forth below:

| Date | Type of Transaction | Amount |
| --- | --- | --- |
| 1/10/05 | WT | $229,391.94 |
| 1/12/05 | WT | $122,080.09 |
| 1/12/05 | WT | $ 56,030.18 |
| 1/13/05 | WT | $233,283.19 |
| 1/14/05 | WT | $ 50,620.81 |
| 1/18/05 | WT | $ 28,860.46 |
| 1/19/05 | WT | $ 34,227.47 |
| 1/20/05 | WT | $    599.00 |
| 1/21/05 | WT | $ 86,627.32 |
| 1/25/05 | WT | $  9,831.49 |
| 1/26/05 | WT | $  2,622.11 |
| 1/27/05 | WT | $ 10,411.71 |
| 1/31/05 | WT | $  3,830.00 |
| 2/1/05 | WT | $100,000.00 |

| | TOTAL | $968,415.77 |
|---|---|---|

8.      As a result of my investigation of the above transfers, I concluded that there was no support or adequate explanation as to why client escrow funds were transferred from the 1208 Gateway escrow account to the 1034 Gateway escrow account, other than to cover overdrafts in that account.

9.      As a result of my preliminary audit activities in March and April of 2005, Stewart was able to trace and document the net transfer of $713,689.44 of client escrow funds directly from several of ATEC's escrow accounts to its operating accounts, almost all of which was transferred during the periods of November 2004, January, February and March 2005.

10.      Examples of transfers from ATEC's escrow accounts to its operating accounts include, but are not limited to, the following transactions:

| Date | From | Check # | To | Amount |
|---|---|---|---|---|
| 06 28 04 | Gateway Escrow 1034 | 7179 | Gateway Operating 1033 | $205,000.00 |
| 10 13 04 | Kent Escrow 4681 | 10649 | Gateway Operating 1033 | $50,000.00 |
| 10 25 04 | Kent Escrow 4681 | 10651 | Gateway Operating 1033 | $50,000.00 |
| 11 18 04 | Kent Escrow 4681 | 10652 | Gateway Operating 1033 | $50,000.00 |
| 01 18 05 | Kent Escrow 4681 | 10653 | Gateway Operating 1410 | $100,000.00 |
| 02 03 05 | Kent Escrow 4681 | 10990 | Gateway Operating 1410 | $40,000.00 |
| 02 16 05 | Kent Escrow 4681 | 10991 | Gateway Operating 1410 | $19,000.00 |
| 03 15 05 | Gateway Escrow 1208 | Wire | Gateway Operating 1410 | $200,000.00 |

12.      The total amount of the transfers of client escrow funds from ATEC's escrow accounts to its operating accounts through April 1, 2005 was determined to be $713,689.44.

13. As a Senior Auditor, I am aware that escrow accounts are fiduciary accounts and that the money contained in those accounts does not belong to ATEC, but rather to ATEC's customers that are ear-marked for the payment of certain obligations arising out of real estate closings and insured closing letters.

14. In furtherance of Stewart's audit activities, the accounts and records of ATEC were reviewed for the purpose of determining whether payments from ATEC's escrow accounts, that were not part of normal payroll, were made to the K. Sean McKee (ATEC's President) or his relatives. As a result of that audit, it was determined that approximately $1,095,000 in payments outside the ordinary course of business were made to K. Sean McKee and certain of his family members.

15. As a result of ATEC's defalcations, Stewart terminated its underwriting agreement with ATEC on Monday, June 6, 2005. Later that day, the Illinois Department of Financial and Professional Regulation canceled ATEC's certificate of registration as an agent for Stewart Title. A true and correct copy of a letter from the Illinois Department of Financial and Professional regulation to ATEC was previously filed of record in this cause.

16. By early July of 2005, ATEC ceased operations.

17. On or about July 13, 2005, ATEC Gateway escrow account 1208 went into an overdraft position because the checks presented on that account exceeded the funds then available in that account.

18. In order to mitigate Stewart's losses that it owed to customers of ATEC pursuant to insured title policies and insured closing letters, and to protect the financial interests of its insureds, Stewart initially made arrangements with Gateway to review the overdrawn checks ("NSF checks") on a check by check basis to determine which checks would be funded by

Stewart. For a period of approximately two weeks, Stewart transferred funds to Gateway to cover certain NSF checks.

19. Beginning in late July of 2005, Stewart ceased transferring funds to the Gateway escrow account and instead, allowed the ATEC checks to bounce and issued new checks from the accounts of Stewart to customers of ATEC to cover liabilities under title policies and insured closing letters.

20. In order to calculate the loss that Stewart sustained as a result of ATEC's defalcations, I examined the records of Gateway, ATEC and Stewart. Attached hereto as Exhbit A is the calculation of the loss ("Loss Calculation") sustained by Stewart that I prepared. This report reveals that on or about July 13, 2005, ATEC's escrow account 1208 went into an overdraft position of approximately $49,983.92. From July 13 through July 29, 2005, an arrangement was worked out between Gateway and Stewart, wherein Gateway would hold checks presented to the end of each day and would allow Stewart to review and approve the escrow checks when presented. Upon approval, each day Stewart would transfer funds to Gateway to cover the payment of approved checks. The amount of those transfers advanced by Stewart to cover the client escrow funds misappropriated by K. Sean McKee and ATEC were $450,594.25. This is shown on pages one through three of the Loss Calculation.

21. Beginning on July 23, 2005, Gateway and Stewart determined that it would be easier to reimburse escrow checks on a per customer basis by reissuing checks out of Stewart's own operating account. Thereafter, Stewart reviewed all claims and checks presented for funding on a per file basis. Upon approval, Stewart would then reissue a check to cover the loss sustained by customers of ATEC as Stewart was obligated to stand behind those losses pursuant to it obligations under insured closing letters or insured title policies. The amount of the losses

sustained by Stewart as a result of the re-issuance of checks to cover previous NSF checks issued by ATEC to cover the client escrow funds misappropriated by K. Sean McKee and ATEC totaled $512,720.22. This is shown on pages three through six of the Loss Calculation.

22.    Pursuant to the Loss Calculation that I summarized in Exhibit A, I determined that the total amount of loss sustained by Stewart as a result of it having to cover insured obligations because of the misappropriation of client escrow funds by K. Sean McKeen and ATEC was **$963,314.47**. This is shown on page six of the Loss Calculation. This amount does not include attorney's fees, auditing fees or other expenses incurred by Stewart, that are additional sums due and owing to Stewart by ATEC.

23.    Pursuant to ¶5(b) & (c) of the Underwriting Agreement (Exhibit A of Complaint) Defendants are obligated to Stewart for attorneys' fees, litigation expenses and costs of settlement negotiations sustained or incurred by Stewart as a result of the fraud or intentional act or omission of the Defendants.

24.    I have personal knowledge that the foregoing statements are true.

Further affiant sayeth not.

Date: July 10, 2007



Edward V. Tucker

Subscribed and sworn to before me
on the 10th day of July, 2007.

Notary Public

RENELLA HILL
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires
APRIL 28, 2009

# Total Paid by Stewart Title Company

Appendix A - Wire Transfers from Stewart Title Company to Fund Gateway Bank

| Check No. | Date | Amount | Payable to | Copy of A-Title Check | ATEC file # | Dates Presented | Date Rejected | Rejected Amount | Date Received | Date Paid | Paid Amount | Check Cleared | Obtained Check | Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple checks | Various Dates | $49,983.92 | Various Payees | | Various Files | 7/13/2005 | | 49,983.92 | N/A | 7/13/2005 | $49,983.92 | 7/13/05 | | $ 49,983.92 | Total amount of checks presented on 7/13/2005 equaled $299,845.56 total amount of funds available in the Gateway escrow account totaled $249,861.64 leaving a shortage of $49,983.92, which was funded by STC on 7/15/05. See attachment for further details. |
| Multiple checks | Various Dates | $ 14,856.91 | Various Payees | | Various Files | 7/29/05 | | $ 14,856.91 | N/A | 7/29/2005 | $ 14,856.91 | 7/29/05 | | $ 14,856.91 | Total amount of checks presented on 7/29/2005 equaled $34,149.63 total amount of funds available in the Gateway escrow account totaled $19,292.27 due to duplicate payments, which left a balance of $14,856.91, which was funded by STC on 7/29/05. See attachment for further details |
| 54447 | 7/18/2005 | $436.00 | Mason County Treasurer | | | 7/19/05 | | $436.00 | N/A | 7/19/2005 | $436.00 | 7/19/05 | | | |
| 55016 | 7/18/2005 | $981.34 | Eugene & Barb Williams | | | 7/19/05 | | $981.34 | N/A | 7/19/2005 | $981.34 | 7/19/05 | | | |
| 55038 | 7/18/2005 | $693.00 | Peoria County Treasury | | | 7/19/05 | | $693.00 | N/A | 7/19/2005 | $693.00 | 7/19/05 | | | |
| 55619 | 7/18/2005 | $143.00 | Warren County Treasury | | | 7/19/05 | | $143.00 | N/A | 7/19/2005 | $143.00 | 7/19/05 | | | |
| 58658 | 7/18/2005 | $347.00 | Hazard Insurance | | | 7/19/05 | | $347.00 | N/A | 7/19/2005 | $347.00 | 7/19/05 | | | |
| 58572 | 7/18/2005 | $950.00 | H & R Mortgage | | | 7/19/05 | | $950.00 | N/A | 7/19/2005 | $950.00 | 7/19/05 | | | |
| 59017 | 7/18/2005 | $1,995.00 | H & R Mortgage | | | 7/19/05 | | $1,995.00 | N/A | 7/19/2005 | $1,995.00 | 7/19/05 | | | |
| 59428 | 7/18/2005 | $1,368.00 | H & R Mortgage | | | 7/19/05 | | $1,368.00 | N/A | 7/19/2005 | $1,368.00 | 7/19/05 | | | |
| 60415 | 7/18/2005 | $575.22 | Diana H. Helwig | | | 7/19/05 | | $575.22 | N/A | 7/19/2005 | $575.22 | 7/19/05 | | | |
| 60640 | 7/18/2005 | $157.00 | TCF National Bank | | | 7/19/05 | | $157.00 | N/A | 7/19/2005 | $157.00 | 7/19/05 | | | |
| 60732 | 7/18/2005 | $269.93 | Larry Rentschler | | | 7/19/05 | | $269.93 | N/A | 7/19/2005 | $269.93 | 7/19/05 | | | |
| 60909 | 7/18/2005 | $498.00 | Danny & Rebecca Mercurio | | | 7/19/05 | | $498.00 | N/A | 7/19/2005 | $498.00 | 7/19/05 | | | |
| 61011 | 7/18/2005 | $13,292.72 | Danny & Rebecca Mercurio | | | 7/19/05 | | $13,292.72 | N/A | 7/19/2005 | $13,292.72 | 7/19/05 | | | |
| 61156 | 7/18/2005 | $4,525.00 | Direct Merchants Bank | | | 7/19/05 | | $4,525.00 | N/A | 7/19/2005 | $4,525.00 | 7/19/05 | | | |
| 61189 | 7/18/2005 | $216.00 | TNB Target | | | 7/19/05 | | $216.00 | N/A | 7/19/2005 | $216.00 | 7/19/05 | | | |
| 61248 | 7/18/2005 | $3,619.00 | BOA | | | 7/19/05 | | $3,619.00 | N/A | 7/19/2005 | $3,619.00 | 7/19/05 | | | |
| 61494 | 7/18/2005 | $1,738.00 | Tazewell County Treasurer | | | 7/19/05 | | $1,738.00 | N/A | 7/19/2005 | $1,738.00 | 7/19/05 | | | |
| 61427 | 7/18/2005 | $10,514.46 | ONYX Accep | | | 7/19/05 | | $10,514.46 | N/A | 7/19/2005 | $10,514.46 | 7/19/05 | | | |
| 61472 | 7/18/2005 | $514.00 | Win Insurance Agency | | | 7/19/05 | | $514.00 | N/A | 7/19/2005 | $514.00 | 7/19/05 | | | |
| 61619 | 7/18/2005 | $2.77 | Allen & Mary Jacobson | | | 7/19/05 | | $2.77 | N/A | 7/19/2005 | $2.77 | 7/19/05 | | | |
| 61625 | 7/18/2005 | $108.53 | Larry Morgan | | | 7/19/05 | | $108.53 | N/A | 7/19/2005 | $108.53 | 7/19/05 | | | |
| 61672 | 7/18/2005 | $1,219.00 | Capitol One | | | 7/19/05 | | $1,219.00 | N/A | 7/19/2005 | $1,219.00 | 7/19/05 | | | |
| 61675 | 7/18/2005 | $2,880.00 | Direct Merchants Bank | | | 7/19/05 | | $2,880.00 | N/A | 7/19/2005 | $2,880.00 | 7/19/05 | | | |
| 61676 | 7/18/2005 | $2,784.00 | Discover | | | 7/19/05 | | $2,784.00 | N/A | 7/19/2005 | $2,784.00 | 7/19/05 | | | |
| 61678 | 7/18/2005 | $451.00 | State Farm | | | 7/19/05 | | $451.00 | N/A | 7/19/2005 | $451.00 | 7/19/05 | | | |
| 61749 | 7/18/2005 | $73.02 | Mark Woodin | | | 7/19/05 | | $73.02 | N/A | 7/19/2005 | $73.02 | 7/19/05 | | | Bank rtn, bad endorsement |
| 61764 | 7/18/2005 | $621.00 | Kurtland Insurance | | | 7/19/05 | | $621.00 | N/A | 7/19/2005 | $621.00 | 7/19/05 | | | |
| 61796 | 7/18/2005 | $3,400.00 | Olga Ramos | | | 7/19/05 | | $3,400.00 | N/A | 7/19/2005 | $3,400.00 | 7/19/05 | | | |
| 61809 | 7/18/2005 | $300.00 | Data Source Appraisal | | | 7/19/05 | | $300.00 | N/A | 7/19/2005 | $300.00 | 7/19/05 | | | |
| 61816 | 7/18/2005 | $10.56 | Randall & Janet Smith | | | 7/19/05 | | $10.56 | N/A | 7/19/2005 | $10.56 | 7/19/05 | | | Funded Gateway Bank Via Wire Transfer from STC on 7/19/05 |
| 58235 | 7/19/2005 | $1,206.00 | County Treasurer | | | 7/20/05 | | $1,206.00 | N/A | 7/20/2005 | $1,206.00 | 7/20/05 | | $54,692.55 | |

Tucker Affidavit Exhibit A

| Check No. | Date | Amount | Payable to | Copy of A-Title Check | ATEC file # | Dates Presented | Date Rejected | Rejected Amount | Date Received | Date Paid | Paid Amount | Check Cleared | Obtained Check | Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59715 | 7/19/2005 | $640.00 | Lawrence County Treasurer | | | 7/20/2005 | | $640.00 | N/A | 7/20/2005 | $640.00 | 7/20/05 | | | |
| 60228 | 7/19/2005 | $440.00 | Nicor | | | 7/20/2005 | | $440.00 | N/A | 7/20/2005 | $440.00 | 7/20/05 | | | |
| 60998 | 7/19/2005 | $78.71 | Starkey J. Grove | | | 7/20/2005 | | $78.71 | N/A | 7/20/2005 | $78.71 | 7/20/05 | | | |
| 61073 | 7/19/2005 | $3,712.00 | Capitol One | | | 7/20/2005 | | $3,712.00 | N/A | 7/20/2005 | $3,712.00 | 7/20/05 | | | |
| 61081 | 7/19/2005 | $1,596.80 | Linda Gale | | | 7/20/2005 | | $1,596.80 | N/A | 7/20/2005 | $1,596.80 | 7/20/05 | | | |
| 61256 | 7/19/2005 | $1,113.00 | Capitol One | | | 7/20/2005 | | $1,113.00 | N/A | 7/20/2005 | $1,113.00 | 7/20/05 | | | |
| 61263 | 7/19/2005 | $1,185.00 | Capitol One | | | 7/20/2005 | | $1,185.00 | N/A | 7/20/2005 | $1,185.00 | 7/20/05 | | | |
| 61561 | 7/19/2005 | $43.57 | Cynthia Bohnenkamp | | | 7/20/2005 | | $43.57 | N/A | 7/20/2005 | $43.57 | 7/20/05 | | | |
| 61696 | 7/19/2005 | $1,600.00 | Peoples Advantage | | | 7/20/2005 | | $1,600.00 | N/A | 7/20/2005 | $1,600.00 | 7/20/05 | | | |
| 61777 | 7/19/2005 | $1,738.00 | Finance | | | 7/20/2005 | | $1,738.00 | N/A | 7/20/2005 | $1,738.00 | 7/20/05 | | | |
| 61778 | 7/19/2005 | $939.00 | K's Merchandise | | | 7/20/2005 | | $939.00 | N/A | 7/20/2005 | $939.00 | 7/20/05 | | | |
| 61779 | 7/19/2005 | $839.00 | Lowes | | | 7/20/2005 | | $839.00 | N/A | 7/20/2005 | $839.00 | 7/20/05 | | | |
| 61785 | 7/19/2005 | $211.00 | Paul Blagani | | | 7/20/2005 | | $211.00 | N/A | 7/20/2005 | $211.00 | 7/20/05 | | | Rtn by bank, bad endorsement |
| 61802 | 7/19/2005 | $1,556.00 | Peoples Advantage | | | 7/20/2005 | | $1,556.00 | N/A | 7/20/2005 | $1,556.00 | 7/20/05 | | | |
| 61813 | 7/19/2005 | $910.00 | Peoples Advantage | | | 7/20/2005 | | $910.00 | N/A | 7/20/2005 | $910.00 | 7/20/05 | | | |
| 61815 | 7/19/2005 | $2,999.76 | Liubomir & Neven Antovski | | | 7/20/2005 | | $2,999.76 | N/A | 7/20/2005 | $2,999.76 | 7/20/05 | | | |
| 61824 | 7/19/2005 | $4,660.00 | Nichols Crane Rental | | | 7/20/2005 | | $4,660.00 | N/A | 7/20/2005 | $4,660.00 | 7/20/05 | | | Funded Gateway Bank Via Wire Transfer from STC on 7/20/05 |
| | | | | | | | | | | | | | | $25,467.84 | |
| 55270 | 7/20/2005 | $300.00 | Eagle Appraisal | | | 7/21/05 | | $300.00 | N/A | 7/21/2005 | $300.00 | 7/21/05 | | | |
| 58804 | 7/15/2005 | $857.00 | Tazewell County Treasurer | | | 7/21/05 | | $857.00 | N/A | 7/21/2005 | $857.00 | 7/21/05 | | | |
| 60037 | 7/20/2005 | $41.23 | Deborah Heags | | | 7/21/05 | | $41.23 | N/A | 7/21/2005 | $41.23 | 7/21/05 | | | |
| 60808 | 7/20/2005 | $210.00 | MBNA America | | | 7/21/05 | | $210.00 | N/A | 7/21/2005 | $210.00 | 7/21/05 | | | |
| 60810 | 7/15/2005 | $989.00 | Riverside | | | 7/21/05 | | $989.00 | N/A | 7/21/2005 | $989.00 | 7/21/05 | | | |
| 61033 | 7/20/2005 | $700.00 | Oracel | | | 7/21/05 | | $700.00 | N/A | 7/21/2005 | $700.00 | 7/21/05 | | | |
| 61183 | 7/20/2005 | $2,594.00 | MBNA America | | | 7/21/05 | | $2,594.00 | N/A | 7/21/2005 | $2,594.00 | 7/21/05 | | | |
| 61188 | 7/20/2005 | $25.00 | Nicor Gas | | | 7/21/05 | | $25.00 | N/A | 7/21/2005 | $25.00 | 7/21/05 | | | |
| 61249 | 7/20/2005 | $1,108.00 | BOA | | | 7/21/05 | | $1,108.00 | N/A | 7/21/2005 | $1,108.00 | 7/21/05 | | | |
| 61250 | 7/20/2005 | $1,984.00 | Capitol One | | | 7/21/05 | | $1,984.00 | N/A | 7/21/2005 | $1,984.00 | 7/21/05 | | | |
| 61281 | 7/20/2005 | $2,459.00 | JC Penney's | | | 7/21/05 | | $2,459.00 | N/A | 7/21/2005 | $2,459.00 | 7/21/05 | | | |
| 61353 | 7/14/2005 | $240.00 | Citi | | | 7/21/05 | | $240.00 | N/A | 7/21/2005 | $240.00 | 7/21/05 | | | |
| 61386 | 7/20/2005 | $65.00 | Affordable Pest Control | | | 7/21/05 | | $65.00 | N/A | 7/21/2005 | $65.00 | 7/21/05 | | | |
| 61389 | 7/20/2005 | $317.00 | Capitol One Bank | | | 7/21/05 | | $317.00 | N/A | 7/21/2005 | $317.00 | 7/21/05 | | | |
| 61515 | 7/20/2005 | $355.00 | Seventh Avenue | | | 7/21/05 | | $355.00 | N/A | 7/21/2005 | $355.00 | 7/21/05 | | | |
| 61605 | 7/20/2005 | $623.00 | Peoples | | | 7/21/05 | | $623.00 | N/A | 7/21/2005 | $623.00 | 7/21/05 | | | |
| 61714 | 7/20/2005 | $5,949.00 | Fifth Third Bank | | | 7/21/05 | | $5,949.00 | N/A | 7/21/2005 | $5,949.00 | 7/21/05 | | | |
| 61728 | 7/20/2005 | $386.00 | Capitol One | | | 7/21/05 | | $386.00 | N/A | 7/21/2005 | $386.00 | 7/21/05 | | | |
| 61744 | 7/14/2005 | $4,524.55 | Shelia Vorba | | | 7/21/05 | | $4,524.55 | N/A | 7/21/2005 | $4,524.55 | 7/21/05 | | | |
| 61761 | 7/20/2005 | $34,744.00 | Arcadia Financial | | | 7/21/05 | | $34,744.00 | N/A | 7/21/2005 | $34,744.00 | 7/21/05 | | | |
| 61776 | 7/15/2005 | $1,374.00 | Bell Financial | | | 7/21/05 | | $1,374.00 | N/A | 7/21/2005 | $1,374.00 | 7/21/05 | | | |
| 61780 | 7/20/2005 | $7,517.00 | MBNA America | | | 7/21/05 | | $7,517.00 | N/A | 7/21/2005 | $7,517.00 | 7/21/05 | | | |
| 61786 | 7/20/2005 | $240.00 | Donald & Donna Bernier | | | 7/21/05 | | $240.00 | N/A | 7/21/2005 | $240.00 | 7/21/05 | | | |
| 61794 | 7/20/2005 | $286.00 | Peoples Advantage | | | 7/21/05 | | $286.00 | N/A | 7/21/2005 | $286.00 | 7/21/05 | | | |
| 61817 | 7/20/2005 | $1,428.44 | Tazewell County Treasurer | | | 7/21/05 | | $1,428.44 | N/A | 7/21/2005 | $1,428.44 | 7/21/05 | | | |
| 61819 | 7/20/2005 | $1,005.00 | Vicki & John Amewood | | | 7/21/05 | | $1,005.00 | N/A | 7/21/2005 | $1,005.00 | 7/21/05 | | | |
| 61821 | 7/20/2005 | $6,000.00 | System 2000 | | | 7/21/05 | | $6,000.00 | N/A | 7/21/2005 | $6,000.00 | 7/21/05 | | | |
| 61826 | 7/20/2005 | $2,000.00 | ARM Enterprises | | | 7/21/05 | | $2,000.00 | N/A | 7/21/2005 | $2,000.00 | 7/21/05 | | | |
| 61827 | 7/20/2005 | $8,538.00 | Michael Warden | | | 7/21/05 | | $8,538.00 | N/A | 7/21/2005 | $8,538.00 | 7/21/05 | | | Funded Gateway Bank Via Wire Transfer from STC on 7/21/05 |
| | | | | | | | | | | | | | | $86,859.22 | |
| 56793 | 7/21/2005 | $15,698.64 | CITI-NSF | | | 7/22/2005 | | $15,698.64 | N/A | 7/22/2005 | $15,698.64 | 7/22/05 | | | |
| 57794 | 7/21/2005 | $354.00 | Telecorp | | | 7/22/2005 | | $354.00 | N/A | 7/22/2005 | $354.00 | 7/22/05 | | | |
| 58784 | 7/21/2005 | $3,764.00 | MBNA America | | | 7/22/2005 | | $3,764.00 | N/A | 7/22/2005 | $3,764.00 | 7/22/05 | | | |

| Check No. | Date | Amount | Payable to | Copy of A-Title Check | ATEC file # | Dates Presented | Date Rejected | Rejected Amount | Date Received | Date Paid | Paid Amount | Check Cleared | Obtained Check | Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58883 | 7/21/2005 | $710.00 | Morgan County Treasurer | | | 7/22/05 | | | N/A | 7/22/2005 | $710.00 | 7/22/05 | | | |
| 60428 | 7/14/2005 | $1,074.00 | Racine County Treasurer | | | 7/22/05 | | | N/A | 7/22/2005 | $1,074.00 | 7/22/05 | | | |
| 60740 | 7/15/2005 | $2,513.86 | Lake County Treasurer | | | 7/22/05 | | | N/A | 7/22/2005 | $2,513.86 | 7/22/05 | | | |
| 60746 | 7/15/2005 | $6,573.75 | Secured Mortgage | | | 7/22/05 | | | N/A | 7/22/2005 | $6,573.75 | 7/22/05 | | | |
| 60806 | 7/21/2005 | $1,091.00 | Chase | | | 7/22/05 | | | N/A | 7/22/2005 | $1,091.00 | 7/22/05 | | | |
| 61011 | 7/21/2005 | $0.00 | Mercuri-funded by STC twice | | | 7/22/05 | | | N/A | 7/22/2005 | $0.00 | 7/22/05 | | | |
| 61022 | 7/21/2005 | $774.10 | Bonnie Jean Frazier & Diane watkins | | | 7/22/05 | | | N/A | 7/22/2005 | $774.10 | 7/22/05 | | | |
| 61045 | 7/21/2005 | $13,292.72 | Citi | | | 7/22/05 | | | N/A | 7/22/2005 | $13,292.72 | 7/22/05 | | | |
| 61105 | 7/14/2005 | $15,298.00 | Citi | | | 7/22/05 | | | N/A | 7/22/2005 | $15,298.00 | 7/22/05 | | | |
| 61107 | 7/21/2005 | $5,978.00 | Discover | | | 7/22/05 | | | N/A | 7/22/2005 | $5,978.00 | 7/22/05 | | | |
| 61257 | 7/21/2005 | $5,751.00 | Chase | | | 7/22/05 | | | N/A | 7/22/2005 | $5,751.00 | 7/22/05 | | | |
| 61379 | 7/21/2005 | $266.00 | Creditors Collection | | | 7/22/05 | | | N/A | 7/22/2005 | $266.00 | 7/22/05 | | | |
| 61483 | 7/21/2005 | $800.00 | LaSalle County Treasurer | | | 7/22/05 | | | N/A | 7/22/2005 | $800.00 | 7/22/05 | | | |
| 61512 | 7/21/2005 | $89,476.45 | HSBC | | | 7/22/05 | | | N/A | 7/22/2005 | $89,476.45 | 7/22/05 | | | |
| 61729 | 7/21/2005 | $307.00 | Capital One | | | 7/22/05 | | | N/A | 7/22/2005 | $307.00 | 7/22/05 | | | |
| 61731 | 7/21/2005 | $1,491.00 | Wi Elbc | | | 7/22/05 | | | N/A | 7/22/2005 | $1,491.00 | 7/22/05 | | | |
| 61810 | 7/21/2005 | $7,873.00 | HSBC NV | | | 7/22/05 | | | N/A | 7/22/2005 | $7,873.00 | 7/22/05 | | | |
| 61812 | 7/15/2005 | $43,014.79 | National City Mortgage | | | 7/22/05 | | | N/A | 7/22/2005 | $43,014.79 | 7/22/05 | | | |
| 61825 | 7/21/2005 | $2,632.50 | Custom modular Home | | | 7/22/05 | | | N/A | 7/22/2005 | $2,632.50 | 7/22/05 | | | |
| | | | | | | | | | | | | | | $218,733.81 | Funded Gateway Bank Via Wire Transfer from STC on 7/22/05 |
| | | | | | | | | | | | | | | $ 450,594.25 | Total funded to Gateway Bank |

## Appendix B - Stewart Title Company Reissued A-Title escrow checks.

| | Check No. | Date | Amount | Payable to | Copy of A-Title Check (Appendix C Pg.) | ATEC file # | Dates Presented | Date Rejected | Reject Amount | Date Received | Reissued Check Date | Paid Amount | Check Cleared | Obtained Check (O - Outstanding check or CC - Cancelled Check) | STC Check # | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 52803 | 7/28/2005 | $1,092.00 | St. Clair County | 9 | 0501117413 | 7/28 | | $1,092.00 | 10/25/2005 | 10/25/2005 | $1,092.00 | 11/2/05 | CC | 111961 | RFD sent on 10/24/05 |
| 2 | 54707 | 7/28/2005 | $652.00 | Carroll County Treasurer | 1 | 50117795 | 7/28 | | $652.00 | 9/30/2005 | 9/29/2005 | $652.00 | 10/13/05 | CC | 109331 | RFD on 9/28/05 |
| 3 | 55443 | 7/14/2005 | $1,199.00 | Jefferson County Treasurer | | 050117881 | 7/14, 7/15 | | $1,199.00 | 8/8/2005 | 8/4/2005 | $1,199.00 | 10/11/05 | CC | 105196 | RFD on 8/3/05 |
| 4 | 55690 | 7/15/2005 | $1,604.00 | Christian County Treasurer | | | | | $1,604.00 | 8/8/2005 | 8/4/2005 | $1,604.00 | 8/16/05 | CC | 105194 | RFD on 8/3/05 |
| 5 | 56107 | 7/15/2005 | $733.00 | JoDaviess County Treasurer | | 050117654 | | | $733.00 | 8/8/2005 | 8/4/2005 | $733.00 | 8/12/05 | CC | 105195 | RFD on 8/3/05 |
| 6 | 56220 | 7/26/2005 | $591.00 | Moultrie County Treasurer | | 050116069 | | | $591.00 | 8/8/2005 | 8/4/2005 | $591.00 | 10/20/05 | CC | 105197 | RFD on 8/3/05 |
| 7 | 58149 | 7/26/2005 | $1,138.00 | Jefferson County Treasurer | 1 | 50118569 | 7/28 | | $1,138.00 | 9/8/2005 | 9/7/2005 | $1,138.00 | 9/20/05 | CC | 107034 | RFD sent on 9/6/05 |
| 8 | 59568 | 7/27/2005 | $6,643.10 | Raymond, melodie Ainslie | 7 | 050118002 | 7/27 | | $6,643.10 | 8/8/2005 | 8/8/2005 | $6,643.10 | 8/10/05 | CC | 105480 | RFD on 8/5/05 |
| 9 | 60278 | 7/25/2005 | $351.96 | Asset Accpt | | 050118399 | 7/25, 7/29 | | $351.96 | 8/8/2005 | 8/8/2005 | $351.96 | 8/10/05 | CC | 105182 | RFD on 8/5/05 |
| 10 | 60283 | 7/25/2005 | $1,780.58 | Jose Guadalupe Martinez | | 050118399 | 7/25 | | $1,780.58 | 8/8/2005 | 8/8/2005 | $1,780.58 | 9/8/05 | CC | 105200 | RFD on 8/5/05 |
| 11 | 60470 | 7/25/2005 | $1,036.00 | Providian Financial | 8 | 050118996 | 7/28 | | $1,036.00 | 9/25/2005 | 9/25/2005 | $1,036.00 | 10/17/05 | CC | 109341 | RFD on 9/20/05 |
| 12 | 60481 | 7/28/2005 | $581.00 | Macon County Treasurer | 9 | 050118996 | 7/28 | | $581.00 | 9/27/2005 | 9/21/2005 | $581.00 | 10/5/05 | CC | 109179 | RFD sent on 9/21/05 |
| 13 | 60642 | 7/22/2005 | $549.00 | Crawford County Treasurer | | 050119145 | 7/22, 7/28 | | $549.00 | 8/11/2005 | 8/11/2005 | $549.00 | 8/18/05 | CC | 105685 | RFD on 8/10/05 by Ellie Sharpe Payee Eric & Jami Harmon |
| 14 | 60648 | 7/14/2005 | $870.00 | Blair Corporation | | | 7/14, 7/15 | | $870.00 | 8/8/2005 | 8/4/2005 | $870.00 | 8/18/05 | CC | 105183 | RFD on 8/3/05 |
| 15 | 60788 | 7/18/2005 | $46,540.71 | McDarland & Comfield | | 50118744 | 7/18, 7/29 | 7/18/2005 | $46,540.71 | Initially rejected but now approved 8/1/05 | 9/2/2005 | $46,540.71 | 9/12/05 | | 10746 | RFD on 8/1/05, w-9 needed, payee change, 2nd RFD sent on 8/1/05 by Ellie Sharpe, Payee Ruth & Tom Thayer |
| 16 | 60807 | 7/18/2005 | $402.00 | Illinois Fed CU | | 050118901 | 7/15, 7/25 | | $402.00 | 8/5/2005 | 8/5/2005 | $402.00 | 8/18/05 | CC | 105306 | RFD sent on 8/4/05 |
| 17 | 60892 | 7/22/2005 | $60.00 | CWCM | | 50119425 | 7/22 | | $60.00 | 9/30/2005 | 9/28/2005 | $60.00 | 10/14/05 | CC | 109329 | RFD sent on 9/28/05 |

| Check No. | Date | Amount | Payable to | Copy of A-Title Check | ATEC file # | Dates Presented | Date Rejected | Rejected Amount | Date Received | Date Paid | Paid Amount | Check Cleared | Obtained Check | Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 61045 | 7/15/2005 | $1,632.39 | MclLean County Treasurer | 25 | 05011914 | 7/15, 7/27 | | $1,632.39 | 8/11/2005 | 8/11/2005 | $1,632.39 | 8/24/05 | CC | 105688 | RFD sent on 8/10/05 by Ellie Sharpe |
| 19 | 61074 | 7/25/2005 | $3,267.00 | Direct Merchants | | 05011836 | 7/15, 7/27 | | $3,267.00 | 9/8/2005 | 9/8/2005 | $3,267.00 | 9/21/05 | CC | 107872 | RFD on 9/1/05 by Ellie Sharpe |
| 20 | 61105 | 7/14/2005 | $22,013.00 | Chase | | 050119211 | 7/14, 7/15 | | $22,013.00 | 8/8/2005 | 8/4/2005 | $22,013.00 | 8/30/05 | CC | 105185 | RFD on 8/3/05 |
| 21 | 61251 | 7/15/2005 | $465.00 | Capitol One | | 050119220 | | | $465.00 | 8/11/2005 | 8/11/2005 | $465.00 | 8/23/05 | CC | 105860 | RFD on 8/10/05 by Ellie Sharpe |
| 22 | 61252 | 7/25/2005 | $3,646.00 | Capital One | | 050119220 | | | $3,646.00 | 8/11/2005 | 8/11/2005 | $3,646.00 | 8/23/05 | CC | 105684 | RFD on 8/10/05 by Ellie Sharpe |
| 23 | 61254 | 7/15/2005 | $916.00 | Capitol One | | 050119220 | | | $916.00 | 8/11/2005 | 8/11/2005 | $916.00 | 8/22/05 | CC | 105682 | RFD on 8/10/05 by Ellie Sharpe |
| 24 | 61256 | 7/26/2005 | $2,023.00 | Capitol One | | 050119220 | | | $2,023.00 | 8/11/2005 | 8/11/2005 | $2,023.00 | 8/18/05 | CC | 105683 | RFD on 8/10/05 by Ellie Sharpe |
| 25 | 61259 | 7/26/2005 | $4,572.00 | Capitol One | | 050119226 | | | $4,572.00 | 9/29/2005 | 10/12/2005 | $4,572.00 | 10/12/05 | CC | 109165 | RFD on 9/21/05 |
| 26 | 61313 | 7/25/2005 | $532.00 | Capital One | | 050119456 | 7/29 | | $532.00 | 8/11/2005 | 8/11/2005 | $532.00 | 8/22/05 | CC | 105681 | RFD on 8/10/05 by Ellie Sharpe |
| 27 | 61378 | 7/28/2005 | $221.00 | Credit Protection Assoc | | 050119159 | 7/29 | | $221.00 | 11/2/2005 | 11/2/2005 | $221.00 | 12/9/05 | CC | 112948 | RFD sent on 11/1/2005 |
| 28 | 61380 | 7/25/2005 | $80.00 | King Music | 11 | 5011959 | 7/25 | | $80.00 | 11/2/2005 | 11/2/2005 | $80.00 | 12/12/05 | CC | 112849 | RFD sent on 11/1/2005 |
| 29 | 61382 | 7/25/2005 | $288.00 | Park Dansan | | 050119159 | 7/25 | | $288.00 | 11/2/2005 | 11/2/2005 | $288.00 | 11/16/05 | CC | 112851 | RFD sent on 11/1/2005 |
| 30 | 61479 | 7/14/2005 | $974.00 | Capito One | | 050119219 | 7/14, 7/15 | | $974.00 | 8/5/2005 | 8/5/2005 | $974.00 | 8/24/05 | CC | 105292 | RFD sent on 8/4/05 |
| 31 | 61623 | 7/14/2005 | $19,761.56 | Chase J. Cynthia Russell | | 050118820 | 7/22 | | $19,761.56 | 8/11/2005 | 10/6/2005 | $19,761.56 | 8/12/05 | CC | 105309 | RFD sent on 8/4/05 |
| 32 | 61603 | 7/14/2005 | $12,941.00 | HSBC Auto | | 050119112 | 7/14, 7/15 | | $12,941.00 | 10/7/2005 | 10/6/2005 | $12,941.00 | 10/21/05 | CC | 10411 | RFD sent on 10/5/05 |
| 33 | 61665 | 7/14/2005 | $1,091.00 | Alberto Vazquez | | 050118820 | 7/14, 7/15 | | $1,091.00 | 8/11/2005 | 8/11/2005 | $1,091.00 | 8/22/05 | CC | 105695 | RFD sent on 8/10/05 by Ellie Sharpe |
| 34 | 61666 | 7/25/2005 | $339.36 | Robin J. Lemons | 16 | 05011572 | 7/14, 7/25 | | $339.36 | 8/4/2005 | 8/4/2005 | $339.36 | 8/15/05 | CC | 105199 | RFD on 8/3/05 |
| 35 | 61674 | 7/25/2005 | $4,089.00 | Chase (Godwin) | | 050118002 | | | $4,089.00 | 8/24/2005 | 8/24/2005 | $4,089.00 | 9/12/05 | CC | 106702 | RFD on 8/23/05 |
| 36 | 61692 | 7/25/2005 | $1,466.00 | Will County Treasurer | | 050119362 | 7/25 | | $1,466.00 | 8/11/2005 | 8/11/2005 | $1,466.00 | 8/18/05 | CC | 105692 | RFD on 8/10/05 by Ellie Sharpe |
| 37 | 61713 | 7/14/2005 | $10,969.00 | Lynn Nelson | | 050119356 | | | $10,969.00 | 8/2/2005 | 8/2/2005 | $10,969.00 | 9/27/05 | CC | 107871 | RFD on 9/2/05 |
| 38 | 61742 | 7/15/2005 | $984.00 | Merrick Bank | | 50119194 | | | $984.00 | 9/7/2005 | 9/7/2005 | $984.00 | 9/28/05 | CC | 107336 | RFD on 9/6/05 |
| 39 | 61745 | 7/14/2005 | $798.83 | Warren R. Sasanke & Parti | | 050119112 | 7/14, 7/15 | | $798.83 | 8/25/2005 | 8/24/2005 | $798.83 | 9/7/05 | CC | 106718 | RFD on 8/23/05 |
| 40 | 61747 | 7/15/2005 | $70.66 | Dana Spies | | 50117368 | | | $70.66 | 9/30/2005 | 9/29/2005 | $70.66 | 10/7/05 | CC | 109343 | RFD sent on 9/28/05 |
| 41 | 61748 | 7/15/2005 | $1,714.12 | Kendall County Treasurer | | 050118287 | 7/28 | | $1,714.12 | 8/11/2005 | 8/11/2005 | $1,714.12 | 8/19/05 | CC | 105886 | RFD on 8/10/05 by Ellie Sharpe |
| 42 | 61803 | 7/22/2005 | $1,124.55 | Rock Island Treasurer | | | 7/22, 7/28 | | $1,124.55 | 8/11/2005 | 8/11/2005 | $1,124.55 | 8/19/05 | CC | 105889 | RFD on 8/10/05 by Ellie Sharpe |
| 43 | 61824 | 7/22/2005 | $4,016.00 | Samuel J. Dobbs | | 50119304 | | | $4,016.00 | 8/4/2005 | 8/4/2005 | $4,016.00 | 8/15/05 | CC | 105187 | RFD on 8/3/05 |
| 44 | 61829 | 7/28/2005 | $435.99 | Vermilion County Treasurer | | | | | $435.99 | 8/11/2005 | 8/11/2005 | $435.99 | 8/18/05 | CC | 105690 | RFD on 8/10/05 by Ellie Sharpe |
| 45 | 61831 | 7/28/2005 | $1,057.97 | Jenny Ferrufino | | 050118668 | | | $1,057.97 | 8/5/2005 | 8/5/2005 | $1,057.97 | 8/12/05 | CC | 105305 | RFD on 8/4/05 |
| 46 | 61832 | 7/27/2005 | $800.00 | Andrew, Angela Szczygiel | 15 | 050119219 | 7/27 | | $800.00 | 8/8/2005 | 8/8/2005 | $800.00 | 8/12/05 | CC | 105312 | RFD sent on 8/4/05 |
| 47 | 61833 | 7/28/2005 | $1,708.19 | Merk & Angela Baker | | 050119162 | 7/28 | | $1,708.19 | 8/8/2005 | 8/8/2005 | $1,708.19 | 8/12/05 | CC | 105481 | RFD sent on 8/5/05 |
| 48 | 61834 | 7/25/2005 | $2,361.94 | Winnebago County Treasurer | | 050119278 | 7/25, 7/28 | | $2,361.94 | 8/11/2005 | 8/11/2005 | $2,361.94 | 8/18/05 | CC | 105691 | RFD on 8/10/05 by Ellie Sharpe |
| 49 | 61835 | 7/22/2005 | $2,361.94 | Lynn Nelson | | | 7/22 | | $2,361.94 | 8/8/2005 | 8/4/2005 | $2,361.94 | 8/16/05 | CC | 105203 | RFD on 8/3/05 |
| 50 | 61837 | 7/22/2005 | $7,431.00 | Providan Financial | 18 | | | | $7,431.00 | 8/24/2005 | 8/24/2005 | $7,431.00 | 8/16/05 | CC | 106716 | RFD on 8/23/05-duplicate of ck #61280 |
| 51 | 61838 | 7/25/2005 | $12,869.57 | Veronica P. McMahon | | 050119439 | 7/25, 7/28 | | $12,869.57 | 8/24/2005 | 8/24/2005 | $12,869.57 | 8/31/05 | CC | 106714 | RFD on 8/23/05-duplicate of ck of ck #61281-wrong ck amt by 37 cents over |
| 52 | 61839 | 7/28/2005 | $1,683.00 | Madison County Treasurer | | 050119436 | 7/14 | | $1,683.00 | 8/11/2005 | 8/11/2005 | $1,683.00 | 10/3/05 | CC | 105887 | RFD on 8/10/05 by Ellie Sharpe |
| 53 | 60874 | 7/14/2005 | $5,457.00 | Discover | | 050119051 | 8/1/05 | | $5,457.00 | 8/9/2005 | 8/9/2005 | $5,457.00 | 8/25/05 | CC | 105852 | RFD on 8/4/05 |
| 54 | 61058 | 6/30/2005 | $2,410.00 | North Shore Bank | 14 | 50118454 | | | $2,410.00 | 9/9/2005 | 9/7/2005 | $2,410.00 | 9/8/05 | CC | 106713 | Sarah Boen List -$4405 |
| 55 | | | *80,668.95 | North Shore Bank | | 50118454 | | | *80,668.95 | 9/9/2005 | 9/9/2005 | 80,426.19 | 9/8/05 | O | 107876 | payoff was only $80,426.19 on 9/2/05 |
| 56 | 61601 | 6/30/2005 | $3,828.00 | Citibank, NA | 27 | 50118951 | | | $3,828.00 | 10/6/2005 | 10/6/2005 | 3,828.00 | 9/8/05 | O | 110408 | |
| 57 | 61590 | 6/30/2005 | $193.00 | American Collection | 15 | 50118951 | 8/4/05 | | $193.00 | 10/6/2005 | 10/6/2005 | 193.00 | 10/24/05 | CC | 110403 | |
| 58 | 61591 | 6/30/2005 | $340.00 | Anderson Financial | 6 | 50118951 | 8/4/05 | | $340.00 | 10/6/2005 | 10/6/2005 | 340.00 | 10/28/05 | CC | 110404 | |
| 59 | 61597 | 6/30/2005 | $192.00 | Capital One | 41 | 50118951 | 9/1/05 | | $192.00 | 10/6/2005 | 10/6/2005 | 192.00 | 11/30/05 | O | 110405 | |
| 60 | 61596 | 6/30/2005 | $193.00 | Capital One | | | | | $193.00 | 10/6/2005 | 10/6/2005 | 193.00 | 11/30/05 | O | 110406 | |
| 61 | 61598 | 6/30/2005 | $200.00 | DCA Credit | | | | | $200.00 | 10/6/2005 | 10/6/2005 | 200.00 | 11/30/05 | O | 110407 | |
| 62 | 61602 | | $596.00 | Harris | | | | | $596.00 | 10/6/2005 | 10/6/2005 | 596.00 | | O | 110409 | |
| 63 | 59926 | 6/6/2005 | $1,012.59 | Kristine & Jimmie Houston | 46 | 50118990 | 9/30/05 | | $1,012.59 | 10/6/2005 | 10/6/2005 | 1,012.59 | 10/24/05 | O | 110410 | |
| 64 | 61607 | | $259.00 | Superior Asset | | 59118951 | | | $259.00 | 10/6/2005 | 10/6/2005 | 259.00 | 10/27/05 | O | 110415 | |
| 65 | 61592 | | $250.00 | Arrow Appraisal | | | | | $250.00 | 9/29/2005 | 9/29/2005 | 250.00 | 10/11/05 | O | 109324 | |
| 66 | 61594 | | $897.00 | Capital One | | 50117938 | | | $897.00 | 9/29/2005 | 9/29/2005 | 897.00 | 10/19/05 | O | 109326 | |
| 67 | 61604 | | $495.00 | Cincinatti Bell | | | | | $495.00 | 9/29/2005 | 9/29/2005 | 495.00 | | O | 109327 | |
| 68 | 61600 | 6/30/2005 | $4,821.00 | Citibank, NA | 22 | 50118951 | 8/10/05 | | $4,821.00 | 9/29/2005 | 9/29/2005 | 4,821.00 | 10/25/05 | CC | 109328 | |
| 69 | 59952 | 6/9/2005 | 71.18 | Kristine & Jimmie Houston | 48 | 50118989 | 9/30/05 | | 71.18 | 9/29/2005 | 9/29/2005 | 71.18 | 10/24/05 | CC | 109330 | |

| # | Check No. | Date | Amount | Payable to | Copy of A-Title Check | ATEC file # | Dates Presented | Date Rejected | Rejected Amount | Date Received | Date Paid | Paid Amount | Check Cleared | Obtained Check | Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 54384 | 4/6/2005 | 872.00 | Douglas County Treasurer | 3 | 50117647 | 8/3/05 | | 872.00 | | 9/29/2005 | 872.00 | 10/7/05 | CC | 109332 | original ck for $1757.36-reimbursement divided, late taxes-ck should have been $15.98 |
| 71 | 61065 | 6/29/2005 | 408.00 | City of Freeport | 14 | 50119345 | 8/4/05 | | 408.00 | | 9/29/2005 | 408.00 | 10/11/05 | CC | 109333 | |
| 72 | 61064 | 7/1/2005 | 922.00 | City of Freeport | 13 | 50119342 | 8/4/05 | | 922.00 | | 9/29/2005 | 922.00 | 10/11/05 | CC | 109334 | |
| 73 | 60339 | 6/17/2005 | 559.60 | Knox County Treasurer | 19 | 50119054 | 8/4/05 | | 559.60 | | 9/14/2005 | 559.60 | 10/4/05 | CC | 108846 | |
| 74 | 57951 | 5/19/2005 | 1,217.00 | Milwaukee County Treasurer | 4 | 50118568 | 8/3/05 | | 1,217.00 | | 9/29/2005 | 1,217.00 | 10/7/05 | CC | 109336 | original ck to Trust Rec Srv. Account paid |
| 75 | 57606 | 5/17/2005 | 1,063.35 | Polk County Treasurer | 15 | 50118175 | 8/4/05 | | 1,063.35 | | 9/29/2005 | 1,063.35 | 10/11/05 | CC | 109337 | reimburse borrower |
| 76 | 61413 | 6/30/2005 | 200.00 | Wayne County Treasurer | 6 | 50119002 | 8/4/05 | | 200.00 | | 9/29/2005 | 200.00 | 10/6/05 | CC | 109338 | |
| 77 | 61699 | 7/5/2005 | 103.23 | Walworth County Treasurer | 13 | 50119364 | 8/4/05 | | 103.23 | | 9/29/2005 | 103.23 | 10/6/05 | CC | 109339 | |
| 78 | 61699 | 6/30/2005 | 835.00 | Spokane | 17 | 50118851 | 8/5/05 | | 835.00 | | 9/29/2005 | 835.00 | 10/24/05 | CC | 109342 | |
| 79 | 61828 | 7/19/2005 | 300.00 | Rodger Thomas | 21 | 50118851 | 8/8/05 | | 300.00 | | 9/29/2005 | 300.00 | 10/17/05 | CC | 109344 | |
| 80 | 60182 | 6/15/2005 | 57.86 | Jerry Walters | 29 | 50118855 | 8/19/05 | | 57.86 | | 9/29/2005 | 57.86 | 10/12/05 | CC | 109345 | |
| 81 | 60994 | 6/28/2005 | 199.00 | Bank of America | 14 | 50119236 | 8/4/05 | | 199.00 | | 9/14/2005 | 199.00 | 10/12/05 | CC | 108456 | |
| 82 | | | 1,986.00 | CB&T / Aspire | | 50117351 | | | 1,986.00 | 9/14/05 9/28/05 | | | 10/11/05 | CC | 108455 | |
| 83 | 61774 | 7/7/2005 | 2,471.00 | CBUSA | 5 | 50118586 | 8/4/05 | | 2,471.00 | | 9/14/2005 | 2,471.00 | 9/27/05 | CC | 108458 | |
| 84 | 61078 | 6/29/2005 | 887.95 | Donald & Jennifer DeBusk | 35 | 50118586 | 8/25/05 | | 887.95 | | 9/14/2005 | 887.95 | 10/31/05 | CC | 108459 | |
| 85 | 60997 | 6/28/2005 | 463.00 | HSBC NV | 5 | 50119236 | 8/4/05 | | 463.00 | | 9/14/2005 | 463.00 | 10/7/05 | CC | 108460 | |
| 86 | 53419 | 3/28/2005 | 511.00 | Effingham County Treasurer | 26 | 50117695 | 8/11/05 | | 511.00 | | 9/14/2005 | 511.00 | 9/23/05 | CC | 108461 | |
| 87 | | | 733.00 | State Farm | | 50118399 | | | 733.00 | | 9/14/2005 | 733.00 | 9/23/05 | CC | 108466 | |
| 88 | 56782 | 5/2/2005 | 575.00 | Manton County Treasurer | 33 | 50118042 | 8/22/05 | | 575.00 | | 9/14/2005 | 575.00 | 10/13/05 | O | 108464 | |
| 89 | | | 532.16 | Lake County Treasurer | | 50118566 | | | 532.16 | | 9/14/2005 | 532.16 | | | 108463 | |
| 90 | 61160 | 6/29/2005 | 1,174.00 | Putnam County Treasurer | 20 | 50119380 | 8/8/05 | | 1,174.00 | | 9/21/2005 | 1,174.00 | 10/5/05 | O | 109179 | original ck for $316-reimbursement split b/c taxes late |
| 91 | 61159 | 6/29/2005 | 1,174.00 | Putnam County Treasurer | 19 | 50119380 | 8/8/05 | | 1,174.00 | second 1/2 | 9/21/2005 | 1,174.00 | 10/5/05 | CC | 109180 | |
| 92 | 60727 | | 115.00 | Larry Rentschler | | 50119286 | | | 115.00 | | 9/7/2005 | 115.98 | 9/19/05 | CC | 107937 | |
| 93 | 60727 | | 1,641.38 | Morgan County Treasurer | | 50119286 | 8/3/05 | | 1,641.38 | | 9/7/2005 | 1,641.38 | 9/15/05 | CC | 107935 | |
| 94 | 61755 | 7/7/2005 | 2,701.00 | DuPage County Treasurer | 3 | 50119516 | | | 2,701.00 | | 9/7/2005 | 2,701.00 | 11/1/05 | CC | 107932 | |
| 95 | 53744 | | 804.75 | Michael Cantwell & Sara Miller | | 50117314 | | | 804.75 | | 9/7/2005 | 804.75 | 9/14/05 | CC | 107929 | |
| 96 | 57772 | | 459.00 | William Coleman | | 50118522 | 8/8/05 | | 459.00 | | 9/7/2005 | 459.00 | 9/15/05 | CC | 107930 | |
| 97 | 61349 | 6/30/2005 | 3,352.80 | DuPage County Treasurer | 20 | 50119189 | 8/8/05 | | 3,352.80 | | 10/7/2005 | 3,352.80 | 1/14/05 | CC | 110521 | |
| 98 | 61351 | 6/30/2005 | 139.17 | David Bentley | 20 | 50119189 | 8/8/05 | | 139.17 | | 9/7/2005 | 139.17 | 9/20/05 | CC | 107928 | |
| 99 | 61598 | 3/8/2005 | 15,078.84 | Bonnie Gilbert/ ARCI | 6 | 50117163 | 8/4/05 | | 15,078.84 | | 9/7/2005 | 15,078.84 | 9/20/05 | CC | 107931 | |
| 100 | 60818 | | 158.00 | Betty & Murray Thompson | | 50118734 | | | 158.00 | | 8/24/2005 | 158.00 | 9/2/05 | CC | 106719 | original ck for $316-reimbursement split b/c taxes late |
| 101 | 60372 | | 954.00 | Pamela Washington | | 50119118 | 8/8/05 | | 954.00 | | 8/24/2005 | 954.00 | 9/6/05 | CC | 106720 | midland finance original payee EJ verified paid |
| 102 | 61264 | 6/29/2005 | 508.00 | Raemans | 10 | 50119220 | 8/4/05 | | 508.00 | | 8/24/2005 | 508.00 | 9/7/05 | CC | 106717 | |
| 103 | 55284 | | 187.00 | NCO Medcir | | 50118968 | | | 187.00 | | 8/24/2005 | 187.00 | | O | 106715 | |
| 104 | 60818 | | 158.00 | Sangamon county Treasurer | | 50118734 | | | 158.00 | | 8/24/2005 | 158.00 | | O | 106711 | original ck for $316-reimbursement split b/c taxes late |
| 105 | 61841 | 7/27/2005 | 2,162.00 | Ann Krehmeyer | 9 | 50118096 | 8/8/05 | | 2,162.00 | | 8/24/2005 | 2,162.00 | 9/15/05 | O | 106712 | |
| 106 | 55230 | | 709.00 | LaSalle County | | 50118097 | | | 709.00 | | 8/24/2005 | 709.00 | 10/11/05 | CC | 106708 | |
| 107 | 61781 | 7/7/2005 | 2,053.28 | Stark County Treasurer | 19 | 50117351 | 8/8/05 | | 2,053.28 | | 8/24/2005 | 2,053.28 | 9/6/05 | CC | 106710 | |
| 108 | | | 1,256.28 | Raymond & Melodie Ainslie | | 50118002 | | | 1,256.28 | | 8/24/2005 | 1,256.28 | 9/12/05 | CC | 106700 | |
| 109 | 61692 | | 733.00 | Adams County | | 50118002 | | | 733.00 | | 8/24/2005 | 0.00 | | VOIDED | 106703 | original ck for $1466- reimbursement split b/c taxes late |
| 110 | 58221 | | 163.00 | Theresa Collins | | 50118408 | | | 163.00 | | 8/24/2005 | 163.00 | 9/2/05 | O | 106701 | |
| 111 | 55241 | | 215.00 | CBE Group | | 50118896 | | | 215.00 | | 8/24/2005 | 215.00 | | | | |
| 112 | 61692 | | 733.00 | Steve Goodwin | | 50118002 | | | 733.00 | | 8/24/2005 | 733.00 | 8/30/05 | CC | 106705 | original ck for $1466-reimbursement split b/c taxes late |
| 113 | 55243 | | 190.00 | Credit Protection Association | | 50118896 | | | 190.00 | | 8/24/2005 | 190.00 | | O | 106704 | |

| | Check No. | Date | Amount | Payable to | Copy of A-Title Check | ATEC file # | Dates Presented | Date Rejected | Rejected Amount | Date Received | Date Paid | Paid Amount | Check Cleared | Obtained Check | Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 61836 | 7/19/2005 | 1,194.00 | HSBC Carson | 10 | 50119439 | 8/4/05 | | 1,194.00 | | 8/24/2005 | 1,194.00 | 9/2/05 | CC | 106707 | |
| 115 | 55244 | | 369.00 | HSBC Carson | | 50119896 | | | 369.00 | | 8/24/2005 | 369.00 | | O | 106706 | |
| 116 | 60956 | | 128,674.66 | HomeEq | | 50119207 | | | 128,674.66 | | 8/24/2005 | 128,674.66 | | CC | 107328 | original ck was for $122,278.16  mortgage payoff |
| 117 | 61514 | 6/30/2005 | 913.00 | Sangamon County Treasurer | 42 | 50113888 | 9/1/05 | | 913.00 | 10/25/2005 | 10/25/2005 | 913.00 | 11/1/05 | CC | 111960 | Check reissued to James Hettinger |
| 118 | 61617 | | 200.00 | H&R Block (Kale) | 45 | 50118753 | 9/1/05 | | 200.00 | | 11/22/2005 | 200.00 | | O | 114760 | taxes for Lori Crowder |
| 119 | 59856 | 6/7/2005 | 2,268.16 | H&R Block (Suchy) | 42 | 50118977 | 9/1/05 | | 2,268.16 | | 11/22/2005 | 2,268.16 | | O | 114763 | original ck to Will County for taxes |
| 120 | 57501 | | 974.00 | H&R Block (Green) | | 50118387 | | | 974.00 | | 11/22/2005 | 974.00 | | O | 114761 | original payee Cook County (property taxes) |
| 121 | 61068 | 6/28/2005 | 2,226.39 | H&R Block (Lopiparo) | 35 | 50118957 | 8/25/05 | | 2,226.39 | | 11/22/2005 | 2,226.39 | 1/26/06 | CC | 114762 | original payee Lake Co. Treasurer (taxes)- reimbursement |
| 122 | 56394 | 4/29/2005 | 11,895.00 | Citicard | 34 | 50118450 | 8/25/05 | | 11,895.00 | | 11/22/2005 | 11,895.00 | 12/7/05 | CC | 114755 | |
| 123 | 60401 | 6/21/2005 | 466.00 | David Ladd | 123 | 50118898 | 8/19/05 | | 466.00 | | 11/22/2005 | 466.00 | 12/7/05 | CC | 114766 | |
| 124 | 60079 | 6/30/2005 | 350.00 | Appraisal Assoc | 22 | 50118023 | 8/10/05 | | 350.00 | | 11/22/2005 | 350.00 | 12/12/2005 | CC | 114751 | |
| 125 | 60400 | | 1,500.00 | Mark Strohmay | | 50118827 | | | 1,500.00 | | 11/22/2005 | 1,500.00 | 12/16/05 | CC | 114985 | |
| 126 | 46548 | | 5,449.00 | Nationwide Credit | | 40115780 | | | 5,449.00 | | 11/22/2005 | 5,449.00 | 1/17/06 | CC | 114788 | |
| 127 | 58311 | | 618.00 | Anoka County | | 50118827 | | | 618.00 | | 11/22/2005 | 618.00 | 12/19/05 | CC | 114765 | |
| 128 | 56252 | | 205.00 | Daniel Miller | | 50118957 | | | 205.00 | | 11/22/2005 | 205.00 | 12/7/05 | CC | 114767 | |
| 129 | 55102 | | 1,672.06 | Olga Ramos | | 50118034 | | | 1,672.06 | | 11/22/2005 | 1,672.06 | 12/14/05 | O | 114770 | original payee Personal Finance |
| 130 | 61649 | | 800.00 | Tom Wolfe | | 50199217 | | | 800.00 | | 11/22/2005 | 800.00 | 1/6/06 | CC | 114774 | original ck to A Title in amount of $2000 Tl hold back- reimbursement divided b/w 4 payees |
| 131 | 61649 | | 81.60 | Freeport Glass | | 50199217 | | | 81.60 | | 11/22/2005 | 81.60 | 1/17/06 | CC | 114759 | original ck to A Title in amount of $2000 Tl hold back-reimbursement divided b/w 4 payees |
| 132 | 61795 | 7/11/2005 | 451.53 | Jim Erickson | 31 | 50118568 | 8/2/2005 | | 451.53 | | 11/22/2005 | 451.53 | 12/21/05 | CC | 114756 | |
| 133 | 61649 | | 22.81 | Bartlett Realtors | | 50199217 | | | 22.81 | | 11/22/2005 | 22.81 | 1/25/06 | CC | 114752 | original ck to A Title in amount of $2000 Tl hold back- reimbursement divided b/w 4 payees |
| 134 | 61783 | 7/7/2005 | 2,893.00 | H&R Block (Day) | 24 | 50117351 | 8/1/005 | | 2,893.00 | | 11/22/2005 | 2,893.00 | 1/6/06 | O | 114764 | original ck to Wells Fargo Finance |
| 135 | 58074 | | 286.00 | Sears | | 50118488 | | | 286.00 | | 11/22/2005 | 286.00 | 12/12/2005 | CC | 114772 | original payee GEMB/Casual Corner- reimbursement |
| 136 | 57266 | 5/10/2005 | 49.99 | H&R Block (Polk) | 31 | 50118447 | 8/22/2005 | | 49.99 | | 12/2/2005 | 49.99 | 1/26/06 | CC | 115763 | original payee Will County (property taxes)- reimbursement |
| 137 | 61707 | 7/5/2005 | 1,933.00 | H&R Block (O'Dell) | 40 | 50119390 | 8/30/005 | | 1,933.00 | | 12/2/2005 | 0.00 | | VOIDED | 114769 | original payee Will County (property taxes)- reimbursement |

Group A  $450,594.25
Group B  $512,720.22

Total Payou  $963,314.47

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

STEWART TITLE GUARANTY
COMPANY, a Texas corporation,

          Plaintiff,

      vs.

A TITLE ESCROW COMPANY, INC., an
Illinois corporation, and
K. SEAN McKEE, an individual,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 05-C-50116

Judge Philip G. Reinhard
Magistrate Judge P. Michael Mahoney

State of Illinois      )
                ) ss
County of Winnebago  )

## AFFIDAVIT OF SCOTT C. SULLIVAN

      Scott C. Sullivan, having been duly sworn under oath deposes and states as follows:

      1.     I am an adult, of legal age and competent to testify to the facts contained herein.

      2.     I am an attorney licensed in the State of Illinois and have been principal counsel for Stewart Title Guaranty Company in connection with the above captioned matter.

      3.     Pursuant to ¶5(b) & (c) of the Underwriting Agreement (Exhibit A of Complaint) Defendants are obligated to Stewart for attorneys' fees, litigation expenses and costs of settlement negotiations sustained or incurred by Stewart as a result of the fraud or intentional act or omission of the Defendants.



**Exhibit B**

4.     Attorney's fees accrued by the firm of WILLIAMSMCCARTHY, LLP for its services in connection with the above entitled matter total $220,073.60.  Costs advanced in connection with the above entitled case by the firm of WILLIAMSMCCARTHY, LLP total $6,066.81.

5.     The total fees and costs incurred by Stewart Title Guaranty Company to WILLIAMSMCCARTHY, LLP for its services in connection with the above entitled case total $226,140.41.  Total hours billed were 1,052.20 at rates ranging from $40.00 per hour to $260.00 per hour.

6.     The undersigned affiant is in control of the billing records which can be presented *in camera* for inspection by the Court which substantiate the fees and costs set forth herein.

Further affiant sayeth not.

Date: July 25, 2007

_____
Scott C. Sullivan

Subscribed and sworn to before me
on the 25th day of _____, 2007.

_____
Notary Public

"OFFICIAL SEAL"
NANCY J. LARKIN
Notary Public, State of Illinois
My Commission Expires 07/31/2009

STEWART TITLE GUARANTY )
COMPANY, a Texas corporation, )
                              )
        Plaintiff, )
                              )
        vs. )              Case No. 05-C-50116
                              )
A TITLE ESCROW COMPANY, INC., an )    Judge Philip G. Reinhard
Illinois corporation, and K. SEAN )   Magistrate Judge P. Michael Mahoney
McKEE, an individual, )
                              )
        Defendants. )

## JUDGMENT ORDER

The Court having previously entered a default judgment against the Defendants, and after reviewing the evidence submitted, this Court enters Judgment in favor Stewart Title Guaranty Company, a Texas Corporation ("Stewart Title"), against Defendants, A Title Escrow Company, Inc., an Illinois Corporation ("ATEC"), and K. Sean McKee ("McKee") as stated herein.

THE COURT FINDS AS FOLLOWS:

1.     This court has personal jurisdiction over the parties.

2.     This court has subject matter jurisdiction over the claims asserted in this lawsuit.

3.     This court entered a Temporary Restraining Order on June 14, 2005, which restrained ATEC and McKee from certain actions and further froze funds located in certain accounts maintained at Kent State Bank, Plaza Bank and Gateway Community Bank.

4.     This court converted the Temporary Restraining Order to an Agreed Preliminary Injunction Order on August 3, 2005.



**Exhibit C**

5.      That ATEC and McKee misappropriated client escrow funds as alleged in the Verified First Amended Complaint and that such conduct on the part of ATEC and McKee amounted to a defalcation while acting in a fiduciary capacity within the meaning of 11 U.S.C. § 523 (a)(4).

WHEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

1.      That Judgment is entered in favor of Stewart Title Guaranty Company, a Texas Corporation ("Stewart Title") and against A Title Escrow Company, Inc., an Illinois Corporation ("ATEC"), pursuant to each of Counts I, II, III, IV, V and VI of the Complaint in the amount of one million one hundred eighty nine thousand four hundred fifty four dollars and eighty eight cents ($1,189,454.88) plus costs of suit.

2.      That Judgment is entered in favor of Stewart Title Guaranty Company, a Texas Corporation and against K. Sean McKee pursuant to each of Counts II, III, IV, V and VI of the Complaint in the amount of one million one hundred eighty nine thousand four hundred fifty four dollars and eighty eight cents ($1,189,454.88) plus costs of suit.

3.      It is further ordered that a permanent injunction is hereby entered compelling Kent Bank and Plaza Bank to pay over all funds in any accounts maintained in the name of A Title Escrow Company, Inc., to Stewart Title Guaranty Company within five (5) days of receipt of this Consent Judgement Order.

4.      It is further ordered that the Clerk of the District Court pay over the sum of fifty nine thousand two hundred twenty three dollars and fifty nine cents ($59,223.59) to Stewart Title Guaranty Company which had previously been deposited with the Clerk pursuant to this Court's order dated February 8, 2007.

5.     This Court shall retain jurisdiction of this case for purposes of enforcing each and all terms of the terms of this final Judgment Order.

Date:_____

_____
Judge Philip G. Reinhard

Prepared by:

Scott C. Sullivan
WilliamsMcCarthyLLP
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900